IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAUSER, | No. C-06-2905 MMC |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ELI LILLY AND COMPANY, | |
|     Defendant. | |

     Before the Court is plaintiff's Case Management Conference Statement, filed July 21, 2006, by which plaintiff seeks to continue the August 4, 2006 case management conference in the instant action by approximately 120 days. Plaintiff states a continuance is necessary because he anticipates the instant action will be transferred for inclusion in MDL No. 1596, <u>In re Zyprexa Products Liability Litigation</u>, and because he has not yet served the defendant. Because the instant action was filed April 27, 2006, the 120-day deadline for plaintiff to serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

     Accordingly, for good cause shown,

     1. The August 4, 2006 case management conference is hereby continued to December 1, 2006 at 10:30 a.m. A joint case management statement shall be filed no later

than November 22, 2006. The deadline to serve the defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains in effect.

**IT IS SO ORDERED.**

Dated: July 24, 2006

MAXINE M. CHESNEY
United States District Judge

2